# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Chili's Grill & Bar a division of Brinker International, Inc., a Corporation for profit, and DOES 1 to 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Kathleen Hunsicker, an individual

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

11/17/2015 at 02:58:31 PM

Clerk of the Superior Court
By Rita Strom, Deputy Clerk

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
700 Civic Center Drive
Santa Ana, CA 92701,

CASE (Núm.) 30-2015-00820670-CU-NP-CJC

Judge Gregory H. Lewis

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Harlan Kistler, Esq. (SBN 140831)    Tele: (951)688-7000  Fax: (951)688-7001
4193 Flat Rock Drive, Suite 300
Riverside, CA 92505

DATE: 11/17/2015    ALAN CARLSON, Clerk of the Court    Clerk, by Rita J. Strom, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

Rita Strom

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Chili's Grill & Bar a division of Brinker International, Inc., a California corporation
   under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 3/4/16

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.

Exh A  - 5

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Harlan Kistler, Esq. (SBN 140831)<br>Law Offices of Harlan B. Kistler<br>4193 Flat Rock Drive, Suite 300<br>Riverside, CA 92505<br>TELEPHONE NO: (951)688-7000   FAX NO. (Optional): (951)688-7001<br>E-MAIL ADDRESS (Optional): harlan@hbklaw.net<br>ATTORNEY FOR (Name): Kathleen Hunsicker | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br>**11/17/2015** at 02:58:31 PM<br>Clerk of the Superior Court<br>By Rita Strom, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Kathleen Hunsicker

DEFENDANT: Chili's Grill & Bar a division of Brinker International, Inc., a Corporation for Profit, and

[X] DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE    [X] OTHER (specify): PREMISES LIABILITY
[ ] Property Damage    [ ] Wrongful Death
[ ] Personal Injury    [X] Other Damages (specify): GENERAL NEGLIGENCE

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER: 30-2015-00820870-CU-NP-CJC

Judge Gregory H. Lewis

1. Plaintiff (name or names): Kathleen Hunsicker, an individual
   alleges causes of action against defendant (name or names):
   Chili's Grill & Bar, a division of Brinker International, Inc., a Corporation for Profit, and DOES 1 to 100, incl.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HUNSICKER v. CHILI'S GRILL & BAR | |

4. ☐ Plaintiff (name):
   Is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Chili's Grill & Bar
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 51-100 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: HUNSICKER v. CHILI'S GRILL & BAR | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $ plus pre-judgment interest at legal rate

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: 11/17/15

Harlan Kistler, Esq (SBN 140831)
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 3 of 3

Exh A    - 8

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HUNSICKER v. CHILI'S BAR & GRILL | |

<u>FIRST</u>     **CAUSE OF ACTION—General Negligence**     Page _____
    (number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Kathleen Hunsicker

    alleges that defendant *(name):* Chili's Bar & Grill

          [X] Does   1       to   100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* 11/26/2013

at *(place):* Chili's Bar & Grill located at 1411 W. Katella Avenue, in the City of Orange, County of Orange, California

*(description of reasons for liability):*

On or about November 26, 2013, Plaintiff KATHLEEN HUNSICKER (hereafter "Plaintiff") stopped for dinner with her family at Chili's restaurant located at 1411 W. Katella Avenue, Orentered the establishment and headed for the restroom located inside the establishment. As she was walking down the hall to the restroom, she was looking straight ahead, Plaintiff did not see the food substance on the floor, as she walked over it, she slipped and fell to the ground suffering bodily injury.

Defendants DOES 1-100 (hereafter "Defendants") have a duty to inspect, maintain and ensure its walkways, and flooring are a safe and free from obstacles which may lead to injuries. Defendants, and each of them, are responsible to properly maintain those walkways, and floors for any foreign objects, which might cause a foreseeable risk of harm. Because the slippery substance was hidden from view, Plaintiff consequently slipped and fell when her foot slid on the wet foreign substance on the tile floor, causing her to lose her balance.

Defendants are at fault for failing to adequately clean up the mess and not placing a warning sign near the area. If the correct procedures for wet floors werer followed, they could have avoided the subject incident. Their conduct is in direct violation of California Civil Code Section 1714(a), p.231, note 709, "Defendants known or which should have been known.... citing Austin v. Riverside Portland Cement Co. (1955) 282 P.2d 69,44 C.2d 225)."

Defendant, as the property owner, is responsible to see that all floor spills are completely safe for patrons, and/or to warn patrons of the unsafe condition until the floor is completely dry. By adhering to this policy, patrons like Plaintiff would not be exposed to potentially dangerous conditions that could cause her to slip and fall.

As a direct and proximate cause of the gross negligence of Defendants and/or their agents and/or employees, Plaintiff sustained multiple injuries, all of which necessitated medical treateament and surgery. Further, it is likely that Plaintiff will require future medical treatment, and will incur addtional medical expenses, the cost of which are unknown to Plaintiff at this time.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Exh A    -9

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HUNSICKER v. CHILI'S BAR & GRILL | --- |

<u>SECOND</u> **CAUSE OF ACTION—Premises Liability** Page _____
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* Kathleen Hunsicker
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 11/26/2013    plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
On or about November 26, 2013, Plaintiff KATHLEEN HUNSICKER, (hereafter "Plaintiff") was a paying patron at Chili's Bar & Grill (hereafter "Defendant) establishment located at 1411 W. Katella in the City of Orange, in the County of Orange in the State of California. As she walked down the hallway of the establishment to use their restroom, Plaintiff did not see the food substance on the aisle floor, as she stepped on the foreign substance, she slipped and fell to the ground, suffering serious bodily injury.

**Prem.L-2.**  [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Chili's Bar & Grill

[X] Does 1 to 100

**Prem.L-3.**  [X] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
Chili's Bar & Grill

[X] Does 1 to 100
Plaintiff, a recreational user, was  [ ] an invited guest  [X] a paying guest.

**Prem.L-4.**  [X] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*
Chili's Bar & Grill

[X] Does 1 to 100

a. [X] The defendant public entity had [X] actual [X] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [X] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Chili's Bar & Grill

[X] Does 1 to 100

b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
 [X] described in attachment Prem.L-5.b  [ ] as follows *(names):*
Chili's Bar & Grill

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Exh A - 10

HUNSICKER v. CHILI's GRILL & BAR
Orange County Superior Court Case No.:

ATTACHMENT: Prem.L-5.b

On or about November 26, 2013, Plaintiff KATHLEEN HUNSICKER (hereafter "Plaintiff") stopped for dinner with her family at Chili's Grill & Bar located at 1411 W. Katella Avenue, in the City of Orange, County of Orange in the State of California. They arrived at the establishment around 8:00 p.m. Upon arrival, KATHLEEN HUNSICKER parked her vehicle, entered the establishment and headed for the restroom located inside the establishment. As she was walking down the hall to the restroom, she was looking straight ahead, Plaintiff did not see the foreign wet slippery and oily substance on the floor, as she stepped on it, she slipped and fell to the ground suffering bodily injury.

Defendant Chili's Grill & Bar and its agents and/or employees so negligently, carelessly and recklessly maintained the subject flooring, pathway, and/or walkway so that Plaintiff slipped when she was walking, causing her to loose her balance on the unexpected and unknown wet slippery foreign substance that was left on the hallway floor leading to the restrooms of the establishment, which caused Plaintiff to fall. Therefore, Plaintiff alleges on information and belief that the negligent and wrongful acts and/or omissions of agents and/or employees of Defendant Chili's Grill & Bar, within the course and scope of that agency and/or employment, created the unsafe condition that caused Plaintiff to slip and fall. It was Defendant, Chili's Grill & Bar and its agents and/or employees who had constructive and/or actual knowledge of the dangerous condition of the flooring, prior to the injuries suffered by Plaintiff. Moreover, Defendant Chili's Grill & Bar and its agents and/or employees had sufficient time, prior to Plaintiff's injury, to have taken measures to protect against that dangerous condition.

///
///
///

1 | HUNSICKER v. CHILI's GRILL & BAR
2 | Orange County Superior Court Case No.:

3     Defendant Chili's Grill & Bar and its agents and/or employees further had a duty to warn Plaintiff of the dangerous condition caused by foreign slippery substance left on the aisleway floor as it had constructive and/or actual knowledge of the foreign slippery substance on the hallway floor. Defendant Chili's Grill & Bar and its agents and/or employees negligently, carelessly and recklessly failed to warn Plaintiff of said dangerous condition. Because of the negligent, careless and reckless behavior of Defendant Chili's Grill & Bar and its agents and/or employees, Plaintiff was injured and proximately suffered damages as a result.

**ATTACHMENT: PREM.L-5.b**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Harlan Kistler, Esq. (SBN 140831)<br>4193 Flat Rock Drive, Ste. 300<br>Riverside, CA 92505<br>TELEPHONE NO.: (951)688-7000    FAX NO.: (951)688-7001<br>ATTORNEY FOR (Name): Kathleen Hunsicker | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**11/17/2015** at 02:58:31 PM<br><br>Clerk of the Superior Court<br>By Rita Strom, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

CASE NAME:
HUNSICKER v. CHILI'S GRILL & BAR

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 30-2015-00820670-CU-NP-CJC |
|---|---|---|
| [X] Unlimited    [ ] Limited<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)    $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | Judge Gregory H. Lewis<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[X] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
4. Number of causes of action (specify): TWO (2): Premises Liability and General Negligence
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 11/17/15

Harlan Kistler Esq. (SBN 140831)
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In Item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in Item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
 Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
 Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
 Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
   Wrongful Death
 Product Liability *(not asbestos or toxic/environmental)* (24)
 Medical Malpractice (45)
  Medical Malpractice–
   Physicians & Surgeons
  Other Professional Health Care
   Malpractice
 Other PI/PD/WD (23)
  Premises Liability (e.g., slip
   and fall)
  Intentional Bodily Injury/PD/WD
   (e.g., assault, vandalism)
  Intentional Infliction of
   Emotional Distress
  Negligent Infliction of
   Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
 Business Tort/Unfair Business
  Practice (07)
 Civil Rights (e.g., discrimination,
  false arrest) *(not civil harassment)* (08)
 Defamation (e.g., slander, libel)
  (13)
 Fraud (16)
 Intellectual Property (19)
 Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
   *(not medical or legal)*
 Other Non-PI/PD/WD Tort (35)

**Employment**
 Wrongful Termination (36)
 Other Employment (15)

**Contract**
 Breach of Contract/Warranty (06)
  Breach of Rental/Lease
   Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller
   Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
   Warranty
  Other Breach of Contract/Warranty
 Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
   Case
 Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
 Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
 Eminent Domain/Inverse
  Condemnation (14)
 Wrongful Eviction (33)
 Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
 Commercial (31)
 Residential (32)
 Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
 Asset Forfeiture (05)
 Petition Re: Arbitration Award (11)
 Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
   Case Matter
  Writ–Other Limited Court Case
   Review
 Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
   Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
 Antitrust/Trade Regulation (03)
 Construction Defect (10)
 Claims Involving Mass Tort (40)
 Securities Litigation (28)
 Environmental/Toxic Tort (30)
 Insurance Coverage Claims
  *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
 Enforcement of Judgment (20)
  Abstract of Judgment (Out of
   County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award
   *(not unpaid taxes)*
  Petition/Certification of Entry of
   Judgment on Unpaid Taxes
  Other Enforcement of Judgment
   Case

**Miscellaneous Civil Complaint**
 RICO (27)
 Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint
   Case *(non-tort/non-complex)*
  Other Civil Complaint
   *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
 Partnership and Corporate
  Governance (21)
 Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
   Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
   Claim
  Other Civil Petition

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Harlan Kistler, Esq (SBN 140831)<br>Law Offices of Harlan B. Kistler<br>4193 Flat Rock Drive, Ste. 300<br>Riverside, CA 92505<br>ATTORNEY FOR (name): Kathleen Hunsicker | (951)688-7000 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Kathleen Hunsicker
DEFENDANT: Chili's Bar & Grill, et al.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 30-2015-00820670-CU-NP-CJC

To (name of one defendant only): Chili's Bar & Grill a division of Brinker International, Inc.,
Plaintiff (name of one plaintiff only): Kathleen Hunsicker
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [X] Pain, suffering, and inconvenience .............................................................. $250,000.00
   b. [X] Emotional distress. ................................................................................... $100,000.00
   c. [ ] Loss of consortium .................................................................................... $
   d. [ ] Loss of society and companionship (wrongful death actions only) ............... $
   e. [ ] Other (specify) ......................................................................................... $
   f. [ ] Other (specify) ......................................................................................... $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses (to date) ..................................................................... $10,000.00
   b. [X] Future medical expenses (present value) ................................................ $TBD
   c. [X] Loss of earnings (to date) ....................................................................... $TBD
   d. [X] Loss of future earning capacity (present value) ....................................... $TBD
   e. [ ] Property damage ..................................................................................... $
   f. [ ] Funeral expenses (wrongful death actions only) ....................................... $
   g. [ ] Future contributions (present value) (wrongful death actions only) ............ $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) $
   i. [ ] Other (specify) ......................................................................................... $
   j. [ ] Other (specify) ......................................................................................... $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $
   when pursuing a judgment in the suit filed against you.

Date: 1/29/16

Harlan Kistler, Esq. (SBN 140831)
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

Exh A - 15

CIV-050

| PLAINTIFF: | CASE NUMBER: |
|---|---|
| DEFENDANT: Chili's Bar & Grill | |

## PROOF OF SERVICE
*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages  ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant  ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery  ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]  **PROOF OF SERVICE (Statement of Damages)**  Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115

Exh A - 16

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE **POSTED** <br> STREET ADDRESS: 700 W. Civic Center DRIVE <br> MAILING ADDRESS: 700 W. Civic Center Drive <br> CITY AND ZIP CODE: Santa Ana 92701 <br> BRANCH NAME: Central Justice Center | FOR COURT USE ONLY <br> **FILED** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF ORANGE |
| PLANTIFF: Kathleen Hunsicker | Dec 09, 2015 <br> ALAN CARLSON, Clerk of the Court <br> By: Jose Hinojosa, Deputy |
| DEFENDANT: Chili's Grill & Bar a division of Brinker International, Inc. | |
| Short Title: Hunsicker vs. Chili's Grill & Bar a division of Brinker International, Inc. | |
| **NOTICE OF HEARING** | CASE NUMBER: <br> 30-2015-00820670-CU-NP-CJC |

Please take notice that a(n), Case Management Conference has been scheduled for hearing on 04/18/2016 at 08:30:00 AM in Department C26 of this court, located at Central Justice Center.

Clerk of the Court, By: _____, Deputy

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE |  |
|---|---|
| Central Justice Center<br>700 W. Civic Center DRIVE<br>Santa Ana 92701 |  |
| **SHORT TITLE:** Hunsicker vs. Chili's Grill & Bar a division of Brinker International, Inc. | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>30-2015-00820670-CU-NP-CJC |

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 12/09/2015. The mailing occurred at Sacramento, California on 12/10/2015.

Clerk of the Court, by: _____, Deputy

LAW OFFICES OF HARLAN B. KISTLER
4193 FLAT ROCK DRIVE # 300
RIVERSIDE, CA 92505

SUPERIOR COURT OF CALIFORNIA
ORANGE COUNTY
Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701



148.CRT30.203867.S1
LAW OFFICES OF HARLAN B. KISTLER
4193 FLAT ROCK DRIVE # 300
RIVERSIDE, CA 92505