**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kathleen Hunsicker,<br><br>        Plaintiff,<br><br>  v.<br><br>Brinker Restaurant Corp, etc., et al.,<br><br>        Defendant(s). | SACV 16-01275 JVS (KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: March 20, 2018

                                      James V. Selna
                              United States District Judge